UNITED STATES DISTRICT COURT

DISTRICT OF PUERTO RICO

| | |
|---|---|
| JESSIE SERRANO, on her own behalf and on behalf of JOZEF MANGUAL SERRANO, a minor, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>INMEDIATA CORP., a Delaware corporation, INMEDIATA HEALTH GROUP CORP., a Puerto Rico corporation, and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:19-cv-01811-JAG<br><br>*Honorable Judge Jay A. Garcia-Gregory*<br><br>**NOTICE OF SETTLEMENT AND MOTION TO VACATE ALL PENDING DEADLINES**<br><br>Complaint Filed:　　August 28, 2019 |

　　　Plaintiffs Jessie Serrano and Jozef Mangual Serrano ("Plaintiffs"), by and through their counsel of record, hereby notify the Court that counsel for the Parties have reached a settlement to the instant matter. Since Plaintiff will file a motion for preliminary approval, Plaintiffs request that all pending deadlines be vacated as moot.

Dated: May 11, 2021　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Thiago M. Coelho*
　　　　　　　　　　　　　　　　　　　　Thiago M. Coelho
　　　　　　　　　　　　　　　　　　　　**WILSHIRE LAW FIRM**
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　*s/David C. Indiano*
　　　　　　　　　　　　　　　　　　　　David C. Indiano
　　　　　　　　　　　　　　　　　　　　USDC PR Bar. No. 200601
　　　　　　　　　　　　　　　　　　　　**INDIANO & WILLIAMS, P.S.C.**
　　　　　　　　　　　　　　　　　　　　207 Del Parque Street, Third Floor
　　　　　　　　　　　　　　　　　　　　San Juan, Puerto Rico 00912
　　　　　　　　　　　　　　　　　　　　Tel. (787)641-4545; Fax (787)641-4544
　　　　　　　　　　　　　　　　　　　　david.indiano@indianowilliams.com