# UNITED STATES DISTRICT COURT

# DISTRICT OF PUERTO RICO

| | |
|---|---|
| JESSIE SERRANO, on her own behalf and on behalf of JOZEF MANGUAL SERRANO, a minor, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>INMEDIATA CORP.. a Delaware corporation, INMEDIATA HEALTH GROUP CORP., a Puerto Rico corporation, and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. 3:19-cv-01811-JAG<br><br>*Honorable Judge Jay A. Garcia-Gregory*<br><br>**PROPOSED ORDER REGARDING SUBMITTED MATTERS**<br><br>Complaint filed: August 28, 2019 |

**IT IS HEREBY ORDERED THAT** Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Conditional Certification of Settlement Classes is granted in its entirety.

**IT IS SO ORDERED.**

Date: _____ \_\_\_\_\_, 2021       _____

                           Hon. Jay A. Garcia-Gregory
                           United States District Judge