# UNITED STATES DISTRICT COURT

# DISTRICT OF PUERTO RICO

| | |
|---|---|
| JESSIE SERRANO on her own behalf and on behalf of JOZEF MANGUAL SERRANO, a minor, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INMEDIATA CORP., a Delaware corporation, INMEDIATA HEALTH GROUP CORP., a Puerto Rico corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-01811-JAG<br><br>**JOINT STIPULATION IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS** |

Plaintiffs, Jessie Serrano, on her own behalf and on behalf of Jozef Mangual Serrano, a minor ("Plaintiffs"), and Defendants Inmediata Corp. and Inmediata Health Group Corp., pursuant to the Court's Order on April 21, 2022, file this joint stipulation in support of Plaintiffs' fee request for attorney's fees and costs. The Parties have met and conferred regarding Plaintiffs' updated request and have determined that the total amount is **$800,000.00**. Accordingly, the Parties hereby jointly stipulate and move for the Court to grant Plaintiffs' Motion for Attorney's Fees and Costs in the amount of $800,000.00.

Dated: April 25, 2022

Respectfully submitted,

*/s/ Thiago M. Coelho*

Thiago M. Coelho (*pro hac vice*)
Email: thiago@wilshirelawfirm.com
Justin F. Marquez (*pro hac vice*)
Email: justin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

1

*[signature]*

David C. Indiano USDC Bar No. 200601
Jeffrey M. Williams USDC Bar No. 202414
Vanesa Vicéns-Sánchez USDC Bar No. 217807
Christopher A. Dávila USDC Bar No. 304103
**INDIANO & WILLIAMS, P.S.C.**
207 del Parque Street, Third Floor
San Juan, Puerto Rico 00912
Telephone: (787) 641-4545
Facsimile: (787) 641-4544

*Attorneys for Plaintiffs and the proposed class*

*[signature]*

Raul S. Mariani Franco
**MARIANI FRANCO LAW, PSC**
USDC-PR NO.: 210309
P.O. Box 9022864
San Juan, PR 00902
Telephone: (787) 620-0038
Facsimile: (787) 320-0039

*[signature]*

Jon Kardassakis, CA SBN 90602 (*pro hac vice*)
Email: jon.kardassakis@lewisbrisbois.com
Daniel C. Norris, CA SBN 140838 (*pro hac vice*)
Email: Daniel.norris@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: (213) 680-5040
Facsimile: (213) 250-7900

*Attorneys for Defendants, INMEDIATA CORP. and INMEDIATA HEALTH GROUP, LLC f/k/a INMEDIATA HEALTH GROUP CORP.*