IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JESSIE SERRANO, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> INMEDIATA CORP., *et al.*, <br><br> **Defendants.** | CIVIL NO. 19-1811(JAG) |

## JUDGMENT

Pursuant to this Court's Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement, Docket No. 54,  Judgment is hereby entered for Plaintiff and Class Members in accordance with the terms of the Settlement. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Wednesday, September 13, 2022.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE
